| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>May 18, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN DAVID MORALES-GONZALEZ,<br><br>　　　　　　Defendant. | Case No.   2:20-mj-00077-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN DAVID MORALES-GONZALEZ, Case No. 2:20-mj-00077-DB Charge Supervised Release Violation, from custody for the following reasons: for the following reasons:

　　　_____   Release on Personal Recognizance

　　　_____   Bail Posted in the Sum of $ _____

　　　　　_____   Unsecured Appearance Bond $ _____

　　　　　_____   Appearance Bond with 10% Deposit

　　　　　_____   Appearance Bond with Surety

　　　　　_____   Corporate Surety Bail Bond

　　　　　__X__  (Other): All other previously imposed conditions of release remain in full force and effect.

Issued at Sacramento, California on May 18, 2020 at 2:25 p.m.

　　　　　　　　　　　　　　　By:   _/s/ Deborah Barnes_____
　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE